IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:15-CR-3-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DEWEY W. WILLIS, JR., ) | |
| ) | |
| Defendant. ) | |

Before the court is the Government's Consent Motion to Lift Stay and Set Rule 11 Hearing. [DE 29]. On August 27, 2015, the court stayed all proceedings in this case pending the Fourth Circuit's rulings in *United States v. Bryan Daniels* (Case No. 4:14-CR-11-F), *United States v. Stephen Daniels* (Case No. 2:15-CR-4-F), *United States v. Michael Potter* (Case No. 2:15-CR-6-F), and *United States v. Gaston Saunders* (Case No. 4:14-CR-8-F). [DE 28]. The Fourth Circuit recently issued its mandate in each of those matters.

The Government advises that the parties reached a resolution in this case and will submit a proposed plea agreement in due course. The Government requests that Defendant's Rule 11 hearing be set for the September 26, 2016 term of court as defense counsel is unavailable for the August 29, 2016 term of court.

For good cause shown, the motion is ALLOWED. Defendant's Rule 11 hearing is continued to the **September 26, 2016** term of court.

For the reasons stated above, the court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. Accordingly, the period of delay necessitated by this continuance is excluded from the speedy

trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

This the 8th day of August, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge