# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Dewey W Willis Jr                                           Docket No. 2:15-CR-3-F1

### Petition for Action on Conditions of Pretrial Release

    COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Dewey W Willis Jr, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 9th day of February, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 23, 2016, the defendant was charged with Driving While Impaired, Fail to Maintain Lane Control, and Driving While License Revoked in Carteret County, North Carolina. When confronted with the violation, the defendant reported he consumed alcohol at his residence, then was in a verbal confrontation with family members who reside in the area. Later that day, Willis reported he left the neighborhood operating a motor vehicle, and the sheriff's office effected a traffic stop. The defendant admitted he should not have been operating the motor vehicle, and he has hired an attorney to represent him for the criminal charges that remain pending.

While on pretrial release, the defendant has continued his employment as a commercial fisherman, reported as directed, and maintained a stable residence. Based on the above, the probation officer respectfully recommends the defendant be continued on pretrial supervision, and the conditions of release be modified to include substance abuse counseling. The defendant has agreed to consult with his state attorney regarding the appropriate treatment he should complete. The government and defense counsel have no objections to the recommendation.

**PRAYING THAT THE COURT WILL ORDER** the defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5105<br>Executed On: September 15, 2016 |

**Dewey W Willis Jr**
**Docket No. 2:15-CR-3-F1**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered the  15th   day of  September  , 2016, and ordered filed and made part of the records in the above case.

*Kimberly A. Swank* (signature)
Kimberly A. Swank
U.S. Magistrate Judge