UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO: 2:15-CR-00003-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| DEWEY W. WILLIS, JR. | |

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that Docket Entry 35 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and the Federal Public Defenders Office.

This __8__ day of Nov. 2016.

_James C. Fox_
JAMES C. FOX
Senior United States District Court Judge