IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:15-CR-03-F-1

UNITED STATES OF AMERICA )
)
)
vs. ) **ORDER TO SEAL**
)
DEWEY W. WILLIS, JR., )
)
Defendant. )
)

Before the court is the Government's motion to file docket entry number 39 and its accompanying Order under seal pursuant to Local Criminal Rule 55.2. [DE 40]. For good cause shown, the motion is ALLOWED and docket entry number 39 shall be filed under seal.

SO ORDERED.

This the 6th day of January, 2017.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge