# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dewey W. Willis Jr.**　　　　　　　　　　　　　　　　　**Docket No. 2:15-CR-3-1BO**

### Petition for Action on Probation

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dewey W. Willis Jr., who, upon an earlier plea of guilty to Lacy Act Trafficking Violation, in violation of 16 U.S.C. § 3372(a)(1), 16 U.S.C. § 3373(d)(1)(B), 50 C.F.R. §§ 697.7(b)(1), (2), (3), and (4), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 4, 2017, to 60 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** After being placed on probation August 4, 2017, the defendant submitted to urinalysis that returned positive for marijuana, and opiates. The defendant admitted he used marijuana and medication that was not prescribed for him prior to the sentencing date.

On September 23, 2017, Willis contacted the undersigned probation officer to report he planned to work on a fishing boat from September 24, 2017, until the end of the next week. During the conversation, the probation officer reminded Willis the requirement to be home after 7:00p.m. due to the home confinement restrictions, and that the probation officer would make contact with him at his residence later in the evening. At 7:45pm on September 23, 2017, the probation officer attempted to conduct a home inspection at Willis' residence, but he was not home. The probation officer called Willis who reported he was at his mother's residence (a couple doors down from his residence) assisting with a family disturbance. The probation officer waited for approximately 10 minutes, but Willis did not return to his residence. At that time, Willis' mother approached the probation officer and advised Wills would return home in 20 minutes. The probation officer left the area and 10 minutes later, Willis called the probation officer to report he was assisting his family with a disturbance caused by another family member, apologized for not being at his residence as instructed, and reported he would return home in 15 minutes. Willis was reprimanded for failing to follow the rules of the home confinement program and was restricted to his residence until further notice.

On September 25, 2017, the probation officer conducted a home inspection at Willis' residence. The defendant apologized for not being at his residence on September 23, 2017, as instructed. Willis also advised the probation officer that in the past, he has struggled with prescription medication abuse and requested assistance with substance abuse counseling.

As a sanction for the home confinement violation, the probation officer respectfully recommends the conditions of probation be modified to include the defendant shall submit to radio frequency monitoring until the current term of home confinement terminates. Additionally, to address substance abuse issues, it is recommended the drug aftercare condition be added to the conditions of probation.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Dewey W. Willis Jr.
Docket No. 2:15-CR-3-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The remaining period of the originally ordered term of 6 months home confinement is hereby modified as follows: The defendant shall abide by all conditions and terms of the home detention program. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions, and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5105<br>Executed On: September 28, 2017 |

## ORDER OF THE COURT

Considered and ordered this 28 day of September, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge