UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dewey W. Willis Jr.**                                         **Docket No. 2:15-CR-3-1BO**

**Petition for Action on Probation**

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dewey W. Willis Jr., who, upon an earlier plea of guilty to Lacey Act Trafficking Violation, in violation of 16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B) and 50 C.F.R. Parts 697.7(b)(1), (2), (3), and (4), was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on August 4, 2017, to 60 months probation under the conditions adopted by the court.

On September 29, 2017, the court approved a Petition for Action on Probation ordering the conditions of supervised release be modified to include drug aftercare and location monitoring was added to the home confinement program after the defendant tested positive for controlled substances and failed to comply with the home confinement program.

On November 2, 2017, the court approved a Violation Report agreeing to take no action after the defendant tested positive for controlled substances. The defendant was referred for further counseling at PORT Health Services in New Bern, North Carolina.

On August 15, 2018, the court approved a Violation Report agreeing to hold the violation of a positive drug test in abeyance and to take no action on the defendant's financial arrearage. The defendant was allowed to continue with substance abuse treatment at PORT Health Services.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 21, 2018, the defendant submitted to urinalysis that returned positive for methamphetamine, marijuana, morphine, oxycodone, and oxymorphone. When confronted with the violation, the defendant did not dispute the validity of the drug test results. According to PORT Health Services, the defendant last attended substance abuse treatment in October 2018, and failed to attend treatment during November 2018. The defendant reported he attempted to participate in treatment as a walk in client at PORT during December 2018, but after 3 hours, he was unable to obtain an appointment.

As a result of the positive drug test and Willis' failure to comply with substance abuse treatment, the probation officer respectfully recommends the conditions of supervised released be modified to include a 6-day term of custody as a sanction for the violations. Additionally, the defendant has been instructed to resume substance abuse counseling.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Dewey W. Willis Jr.
Docket No. 2:15-CR-3-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 6 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: January 8, 2019

**ORDER OF THE COURT**

Considered and ordered this 8 day of January, 2019, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
Chief United States District Judge